FILED

2017 AUG 14 PM 1:33

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

1  STEPHEN YAGMAN
2  475 Washington Boulevard
   Venice Beach, California 90292-5287
3  (310) 452-3200

4  Presented on behalf of Plaintiff,
   Stephen Yagman

5

6

7  LACV17 06022-MWF-PJWx

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  **WESTERN DIVISION**

| | |
|---|---|
| 11 **STEPHEN YAGMAN,** | |
| 12 Plaintiff, | |
| 13 v. | **STATEMENT OF INTERESTED PARTIES** |
| 14 **NATASSIA KELLY, BILLA JOE GOLDICKY, CHELSEA JEFFERS, MARK T. BERTOLINI, KAREN S. LYNCH (ROHAN), ALLEN WISE, FIRST HEALTH LIFE & HEALTH INSURANCE COMPANY, AETNA, INC., AETNA LIFE INSURANCE COMPANY, COVENTRY HEALTH CARE, INC., and TEN UNKNOWN NAMED DEFENDANTS, 1-10,** | |
| 20 Defendants. | |

22      Plaintiff does not know of any parties who are interested in this action

23  except those parties whose names are set forth in the caption.

24

25

26  _Stephen Yagman_
    **STEPHEN YAGMAN**

27

28



1