STEPHEN YAGMAN
475 Washington Boulevard
Venice Beach, California 90292-5287
(310) 452-3200

For Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

9/25/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

 **ORIGINAL**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| STEPHEN YAGMAN,<br><br>Plaintiff,<br><br>v.<br><br>NATASSIA KELLY, *et al.*,<br><br>Defendants. | 2:17-cv-06022-MWF(PJWx)<br><br>**NOTICE OF MOTION AND MOTION FOR:**<br>**(1) SUMMARY ADJUDICATION OF THE ISSUE OF BREACH OF CONTRACT;**<br>**(2) PRELIMINARY INJUNCTION; and,**<br>**(3) SPECIFIC PERFORMANCE; MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION, AND EXHIBITS, IN SUPPORT THEREOF, AND STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW, AND PROPOSED PRELIMINARY INJUNCTION, FILED CONCURRENTLY**<br><br>October 23, 2017<br>10:00 a.m.<br>Courtroom 5A<br><br>Judge Michael W. Fitzgerald |

**PLEASE TAKE NOTICE** that on the date, at the time, and in the place set forth above, plaintiff's motion for summary adjudication of the breach of contract issue and for a preliminary injunction and specific performance will be heard, and

said motion is based on the grounds that there is no genuinely disputed issue of material fact that plaintiff's contract of insurance among plaintiff and the insurer defendants was breached by defendants, and that irreparable harm to plaintiff from the continuing breach warrants both a preliminary injunction and an order of specific performance.

The pre-motion filing conference of counsel was held more than seven days before this motion will have been filed and the issues were not resolved.


STEPHEN YAGMAN

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.
### INTRODUCTION

Plaintiff submits this memorandum of points and authorities in support of his motion to summary adjudication of the issues that (1) plaintiff and defendants Aetna, Coventry, and First Health Life & Health Insurance (for the purposes of the instant motion, "defendants") were parties to a binding contract, called "First Health Part D from Coventry Health Care, An Aetna Company, MedicareRx Prescription Drug Coverage," *see* Exhibit 1 hereto (insurance card), (2) under whose materials terms, (3) plaintiff promised to pay to defendants consideration of a monthly premium of $42.30, (4) in return for which defendants promised to pay as the consideration plaintiff's prescription medications, (5) plaintiff timely paid the monthly premiums through August 31, 2017, (6) defendants terminated plaintiff's prescription medication coverage effective June 1, 2017, (7) defendants had no contractual right to terminate plaintiff's coverage, (8) defendants had no legal excuse to terminate the coverage, and (9) defendants materially breached the contract of insurance.

Further, plaintiff seeks the equitable relief of specific performance and a preliminary injunction to require defendants to perform under the contract, by re-instating plaintiff's coverage.

### II.
### DEFENDANTS MATERIALLY BREACHED THEIR CONTRACT WITH PLAINTIFF.

Defendants "have been [plaintiff's] primary insurance since January 1, 2017." Exhibit 2, ult. ¶.  Declaration of Stephen Yagman ("Yagman Decl.). The monthly premium amount was $42.30.  Exh. 3.

Plaintiff timely paid his premiums for January and February 2017.  Exh. 3, Yagman Decl.

3

Defendants did not pay for plaintiff's prescription medications for January 2017, in the sum of $365.99, Exh. 2 (within box), and owed plaintiff part of this amount until they reimbursed plaintiff in the sum of $296.24 until after May 16, 2017, with a check bearing that date. Exh. 4. Until defendants paid that check to plaintiff, plaintiff did not owe any premiums to defendants (in addition to the January and February, 2017 premiums he previously had paid) because defendants owed to plaintiff the $296.24, which was more than seven months' worth of premiums ($296.24 ÷ $42.30 = 7.0033), so that, having paid the January and February, 2017 premiums, by May 16, 2017, plaintiff had paid nine months' worth of premiums, January through September, 2017, and was not in default on his premiums.

Therefore, it was only when defendant Aetna's May 16, 2017 check, in the sum of $296.24, Exh. 4, was received by plaintiff that plaintiff first owed March, April, and May, 2017 premiums of $42.30 per month, or to that date, total premiums of $126.90.

On May 9, 2017, plaintiff mailed to defendants a check in the sum of $126.90 (three months premiums, for March, April, and June, 2017), Yagman Decl., Exh. 4, which defendants deposited into their Chase bank account on May 19, 2017, *ibid.*, so that as of May 19, 2017, plaintiff fully had paid his due premiums until May 31, 2017.

On May 25, 2017, plaintiff paid three months premiums for June, July, and August, 2017, Exh. 6, which defendants admit was "[a] check posted to the [plaintiff's] account in the amount of $126.90 on June 9, 2017." Exh. 7, p. 2, l. 6 (in which defendants also state, incorrectly, that they posted the first, May 9, 2017 check to plaintiff's account on June 3, 2017, when the back of that check shows that defendants deposited the check to their Chase Bank on May 19, 2017).

Defendants provide a grace period within which payments due to them on the first of the month are not "Past Due" until "After" the tenth of the month.  Exh. 8.

Thus, plaintiff timely paid, and defendants had, and before they were owed it, on a date after May 16, 2017 (when defendants reimbursed plaintiff for his out-of-pocket costs, for his January 2017 prescriptions, for which defendants inexplicably did not pay), plaintiff's March, April, and May, 2017 premiums, which defendants deposited in their Chase Bank on May 19, 2017, as well as plaintiff's June, July, and August, 2017 premiums, and by their own admission, before the 10-day grace period ended, on June 10, 2017.  Exh. 7.

The May 25 check was deposited by defendants on June 3, 2017 and cleared plaintiff's bank on June 5, 2017.  Exh. 6.

Notwithstanding all of the above indisputable facts, on June 1, 2017, defendants ended plaintiff's coverage, Exh. 9, and then reiterated that on June 8 and June 9, 2017, Exhs. 10 & 11.

Thus, plaintiff's premiums each and all timely were paid and had by defendants, defendants wrongfully terminated plaintiff's insurance, thereby materially breached the contract, and had no excuse for doing so.

There is evidence of a contract and its breach and the court should so find.

It is hornbook law that when there is a valid contract and one party performs by fulfilling its promises and then the other party refuses to fulfill its promises, there is a breach of contract.

The elements of a cause of action for breach of contract are well established. The California Supreme Court set forth those elements as "(1) the existence of the contract, (2) plaintiff's performance or excuse for nonperformance, (3) defendant's breach, and (4) the resulting damages to the plaintiff." *Oasis West Realty, LLC v. Goldman* 51 Cal.4th 811, 821 (2011).  Here, plaintiff was damaged at least by not having his prescription medication funded and having to pay out of pocket for

some of those medications, for their list prices without insurance, which are significantly higher than the insurance-discounted prices.

Since a cause of action for breach of contract requires proof of the following elements, (1) existence of the contract, (2) plaintiff's performance or excuse for nonperformance, (3) defendant's breach, and (4) damages to plaintiff as a result of the breach, *Armstrong Petroleum Corp. v. Tri–Valley Oil & Gas. Co,* (2004), 116 Cal.App. 4th 1375, 1391, n. 6 (2004), and since a plaintiff who moves for adjudication as a matter of law on a contract claim is required to show both the fact and amount of damages, *see e.g., Pajaro Valley Water Management Agency v. McGrath,* 128 Cal.App.4th 1093, 1106 (2005), plaintiff sets forth that he has been damaged in at least the sum of $1,286.47, Yagman Decl., evidenced by Exh. 12, collectively, for some prescription medications for which plaintiff recently has had to pay out-of-pocket.

Since there can be no dispute that a valid contract existed, that plaintiff performed, that defendants breached, and that the breach damaged plaintiff, therefore, plaintiff is entitled to summary adjudication of the issue of breach.

### III.
### SUMMARY ADJUDICATION OF THE CONTRACT ISSUE IS WARRANTED.

Application of the applicable summary adjudication law entitles plaintiff to summary adjudication of the issue of breach, because no material facts are in dispute.

On summary judgment, the moving party bears the initial burden of demonstrating the absence of a "genuine issue of material fact for trial." *Anderson v. Liberty Lobby, Inc.,* 477 U.S. 242, 256 (1986). A fact is material if it could affect the outcome of the suit under the governing substantive law. *Id.* at 248. The burden then shifts to the nonmoving party to establish, beyond the pleadings, that there is a genuine issue for trial. *Celotex Corp. v. Catrett,* 477 U.S. 317, 324 (1986). Here,

plaintiff has met his burden of demonstrating that there is no genuine issue of material fact for trial on the issue of breach of contract.

Former Rule 56(e) provided that when the moving party meets its burden, the "adverse party may not rest upon the mere allegations or denials of the adverse party's pleadings, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial." This law has not changed. Summary judgment will be entered against the non-moving party if that party does not present such specific facts. *Ibid.* Only admissible evidence may be considered in deciding a motion for summary judgment. *Id.; Beyene v. Coleman Sec. Serv., Inc.,* 854 F.2d 1179, 1181 (9th Cir. 1988). "Where the record taken as a whole could not lead a rational trier of fact to find for the nonmoving party, there is no genuine issue for trial." *Matsushita Elec. Indus. Co., Ltd. v. Zenith Radio Corp.,* 475 U.S. 574, 587 (1986) (citation omitted).

## IV.

## PLAINTIFF IS ENTITLED TO EQUITABLE RELIEF, BY WAY OF SPECIFIC PERFORMANCE AND A PRELIMINARY INJUNCTION.

The traditional test requires that there be "(1) a strong likelihood of success on the merits, (2) the possibility of irreparable injury to plaintiff if the preliminary relief is not granted, (3) a balance of hardships favoring the plaintiff, and (4) advancement of the public interest[.]" *Johnson v. California State Board of Accountancy*, 72 F.3d 1427, 1430 (9th Cir. 1995) *overruled in part by Winter v. Natural Res. Def. Council*, 555 U.S. 7, 20 (2008) (changing factor (2), so that "possibility" now is "likely").

Here, there is a strong likelihood of success on the merits, *see supra* regarding breach of contract claim, and there is continuing, irreparable harm to plaintiff, who cannot fully afford to fund his prescription medications and will be without all of them on a daily basis, the balance of hardships tips in favor of plaintiff in this action, since the plaintiff is burdened by defendants' refusal to

perform under the contract and there would be no burden whatever on defendants to perform.

Moreover, "an injunction is in the public interest," *Winter*, 555 U.S. at 20, at least for the reasons that persons who have medical insurance should be able to benefit from it, large corporations, like insurance companies, should not be permitted by the courts to act in a flagrantly illegal manner, especially against individuals who do not possess their resources, and it is in the public interest that there be a healthy population, who should be medicated when that is necessary: otherwise a burden will be put on hospitals and emergency rooms.  It always is in the public interest that the law be followed and that contracts be honored.

Under the so-called "alternative test," a party seeking injunctive relief must demonstrate either (1) a combination of probable success on the merits and the possibility (now likelihood) of irreparable injury, or (2) that serious questions are raised and the balance of hardships tips sharply in the moving party's favor. *Stanley v. Univ. of Southern California*, 13 F.3d 1313, 1319 (9th Cir. 1994).  Plaintiff also meets this test because he has shown probable success on the merits and the likelihood, indeed the actuality, of irreparable harm is present.

Taken as a whole, these requirements construct "a sliding scale in which the required degree of irreparable harm increases as the probability of success decreases." *MAI Systems Corp. v. Peak Computer, Inc.*, 991 F.2d 511, 516 (9th Cir. 1993) (citations and internal quotation marks omitted).  Conversely, *mutatis mutandis*, and/or by *modus tollens*, as the probability of success increases the required degree of irreparable harm decreases.  Here, there is probability of complete success so that the degree of irreparable harm decreases.

Under the test for injunctive relief, a moving party must show that there is a fair chance of success on the merits. *Stanley,* 13 F.3d at 1319.  Likewise, "[u]nder either formulation of the test, a party seeking an injunction must demonstrate that it will be exposed to some significant risk of irreparable injury."

8

*Associated General Contractors v. Coalition for Economic Equity*, 950 F.2d 1401, 1410 (9th Cir. 1991).  Here, a significant risk of irreparable injury is shown.

Defendants continue to act in breach of contract, without any legal authority and contrary to controlling legal authority, and continue to force plaintiff either to go without any medication or to pay for his own medications, and plaintiff has demonstrated that he is entitled to a preliminary injunction to require defendants to comply with the obligations of their contract of insurance.

Plaintiff is entitled to injunctive relief and has demonstrated that he has standing to sue and to seek injunctive relief pursuant to 28 U.S.C. § 1651.

Standing questions arise as a result of constitutional and prudential limitations on the scope of federal jurisdiction. *Bennett v. Spear*, 520 U.S. 154, 162 (1997) (citing *Warth v. Selden,* 422 U.S. 490, 498 (1975)).  To satisfy the minimum constitutional requirements for standing under the Case or Controversy requirement of Article III,

> [f]irst, the plaintiff must have suffered an injury in fact - an invasion of a legally-protected interest which is (a) concrete and particularized and (b) actual or imminent, not conjectural or hypothetical.  Second, there must be a causal connection between the injury and the conduct complained of - the injury has to be fairly traceable to the challenged action of the defendant, and not the result of the independent action of some third party not before the court. Third, it must be likely, as opposed to merely speculative, that the injury will be redressed by a favorable decision.

*Lujan v Defenders of Wildlife*, 504 U.S. 555, 560-61 (1992); *see also*, *United Food and Commercial Workers Union Local 751 v. Brown Group, Inc.*, 517 U.S. 544, 551 (1996).  Here, the underlying injury and the injury in fact are having to pay for medications or to go without them, and therefore, the *Lujan* test is met.  "The necessity that the plaintiff who seeks to invoke judicial power stands to profit in some personal interest remains an Art. III requirement." *Simon v Eastern Kentucky Welfare Rights Organization*, 426 U.S. 26, 39 (1976).  Here, plaintiff

1    stands to profit in his personal interest by not having to go without medication or

2    not having to pay for medication.

3          As to the "injury-in-fact requirement of the standing test, the Ninth Circuit

4    has held that in order to establish standing to seek injunctive relief,

5

6    [a] plaintiff[] must demonstrate that a credible threat exists that they will
     again be subject to the specific injury for which they seek injunctive or

7    declaratory relief. [] A reasonable showing of a sufficient likelihood that the
     plaintiff will be injured again is necessary. [] The mere physical or

8    theoretical possibility of a challenged action again affecting the plaintiff is
     not sufficient. [] There must be a demonstrated probability that the plaintiff

9

10   will again be among those injured . . . .

11   *Nelsen v. King County*, 895 F.2d 1248, 1250-51 (9th Cir. 1990) (citations and

12   internal quotation marks largely omitted).  Here, there is a continuing injury.

13          Therefore, based on the record, plaintiff is entitled to injunctive relief -- that

14   defendants re-instate plaintiff's prescription medication insurance and then

15   continue to fund plaintiff's prescription medications.  The injunction does not seek

16   to compensate plaintiff, but to "give the plaintiff the very thing to which he was

17   entitled[,]" *Bowen v. Massachusetts*, 487 U.S. 879, 895 (1988), since plaintiff

18   seeks specific relief. *See also Dep't of the Army v. Blue Fox, Inc.*, 525 U.S. 255,

19   261 (1999).  Therefore, such relief is not money damages.

20          "The remedy that [the plaintiff] seeks . . . is [for] specific performance of the

21   . . . contract." *Tucson Airport Auth. v. Gen. Dynamics Corp.*, 136 F.3d 641, 645

22   (9th Cir. 1988).  Specific performance is a remedy for breach of contract. *Rogers*

23   *v. Davis*, 28 Cal.App. 4th 1215, 1218 n. 2 (1994).

24          Because plaintiff has fulfilled the legal criteria for a preliminary injunction,

25   *a fortiori*, he is entitled to an order of specific performance.

26   //

27   //

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

STEPHEN YAGMAN

## DECLARATION OF STEPHEN YAGMAN

I, Stephen Yagman, declare the following to be true under the penalty of perjury at Venice Beach, California, pursuant to 28 U.S.C. § 1746, on the date set forth below my signature hereinbelow.

1. I am the plaintiff in this action.

2. I drafted the preceding memorandum and know the facts set forth in it to be true from my personal knowledge and I incorporate them herein to render them admissible in evidence.

3. All of the exhibits submitted with the instant motion are true copies of their originals.

4. The prescription medication receipts, submitted as Exhibit 12, set forth a partial listing of out-of-pocket sums that total $1,286.47, and set forth some of the monetary damages that I have incurred as a direct result of defendants' breach of its contract to insure me for prescription medications.

5. I shall continue to have to pay approximately $700 per month out-of-pocket because I presently I am uninsured for necessary prescription medications that I cannot go without, such as Synthyroid (for low thyroid disease), Irbesartan, Amlodipine, Isosorbide Mononitrate, and Metoprolol (for extreme hypertension), and Metformin and Invokana (for diabetes), and when, due to defendants' refusal to honor their contract of insurance, I have been unable to purchase these medications, and I have felt physically unwell, dizzy, lacking in energy, fearful, frightened, none of which symptoms I experience when I properly am medicated, and these circumstances are a foreseeable consequence of defendants having wrongfully terminated my insurance, and having wrongfully refused to re-instate it, when I asked them to do so on several occasions from June 1, 2017 until June 15, 2017, defendants having refused all of my requests. I also require Ambien CR to sleep and Compazine to address nausea, I am out of both medications and

cannot afford to purchase them.  The result of this is that I am unable to sleep at night for three to four nights a week and am very tired the next day, and when I become nauseous about once a week, I must endure the nausea and am unable to function as a result of the nausea.

_____
**STEPHEN YAGMAN** 09/20/17

//

## DECLARATION OF SERVICE

On the date set forth on the signature line below, I served the preceding paper, motion for summary adjudication and for preliminary injunction and specific performance, on all interested parties whose names and whose addresses are listed below the signature line, by placing true copies thereof enclosed in sealed envelopes with full postage thereon fully prepaid in the United States mail at Los Angeles, California, and I declare the foregoing to be true under the penalty of perjury at Los Angeles, California on the date stamped on the signature line, below.

09/22/17

SIGNATURE                               DATE

**SERVICE LIST**

Richard Doren, Esq.
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071

14

# EXHIBITS 1-12

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

**First Health Life & Health Insurance Company**

**First Health Part D**
*from Coventry Health Care*
**An Aetna Company**

Plan Type: FIRST HEALTH PART D VALUE PLUS
RxBIN: 610502
RxPCN: MEDDAET
RxGrp: RXAETD
Issuer: (80840) 9151014609
ID #: 90865994401
Name: STEPHEN YAGMAN

**MedicareR** X
Prescription Drug Coverage

Issue date: 02/15/2017

CMS-S5768-155

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

1


**First Health Part D**
*from Coventry Health Care*
**An Aetna Company**

P.O. Box 14579
Lexington, KY 40512

April 24, 2017

Stephen Yagman
475 Washington Blvd
Venice, CA 90292

Re:     Member name:       Stephen Yagman
        Member ID:         90865994401
        Appeal number:     17108451774
        Request type:      Reimbursement

Dear Stephen Yagman:

# Here's our decision on your appeal

We approved your request to cover the prescription(s) below:

| Date of service | Prescription | Amount |
|---|---|---|
| January 02, 2017 | Multiple Drugs | $365.99 |

**How this affects you**

This approval is good until January 14, 2017.

**Important information about your approval**

Important information about your approval:

We've been your primary insurance since January 1, 2017. Humana was your insurer last year. They covered these prescriptions in error between January 2, 2017 and January 14, 2017:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

1

| 0000633 | 11-24 |
| Office AU # | 1210(8) |

**PERSONAL MONEY ORDER**

SERIAL #:  0063313614

ACCOUNT#:  4861-505360

Remitter:          STEPHEN YAGMAN
Purchaser:         STEPHEN YAGMAN
Purchaser Account: 5803073904
Operator I.D.:     u322084          u406824
Funding Source:    Cash

**March 18, 2017**

PAY TO THE ORDER OF     ***FIRST HEALTH ***

***Eighty-four dollars and 60 cents***

**\*\*$84.60\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
514 WASHINGTON BLVD
MARINA DEL REY, CA 90292
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF STOP PAYMENT IS PLACED ON THIS
INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING
PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

VOID IF OVER US $  84.60

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    ME/05 60272952

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 4

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS   ▦   A BLUE BACKGROUND AND MICROPRINTING IN THE BORDER

# aetna®
### Aetna Pharmacy Managment

Aetna Pharmacy Management
P.O. Box 52115
Phoenix, AZ  85072-2115

56-382
412

Wells Fargo Bank, N.A.
115 Hospital Drive
Van Wert, OH 45891

**CHECK NO.: 620152254**

**CHECK DATE: 05/16/2017**

| AMOUNT |
|---|
| *******$ 296.24 |

VOID AFTER 180 DAYS

**PAY**  Two Hundred Ninety Six & 24/100 Dollars

**TO THE**      STEPHEN YAGMAN
**ORDER OF** 475 WASHINGTON BLVD

VENICE CA 90292

Medicare

DO NOT CASH IF WATERMARK IS NOT PRESENT ON THE REVERSE SIDE OF THIS DOCUMENT - HOLD AT AN ANGLE TO VIEW

⑈06 2015 2254⑈  ⑆04120382 4⑆  9600 155716⑈

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 5

## PERSONAL MONEY ORDER

SERIAL #:  0063313643

ACCOUNT#:  4861-505360

0000633       11-24
Office AU #      1210(8)

Remitter:          **STEPHEN YAGMAN**
Purchaser:         **STEPHEN YAGMAN**
Purchaser Account:  **5003073904**
Operator I.D.:     **u522064**       **cu017506**
Funding Source:    **Paper Items(s)**

May 09, 2017

PAY TO THE ORDER OF       ***FIRST HEALTH***

***One hundred twenty-six dollars and 90 cents***

**\*\*$126.90\*\***

Payee Address:
Memo:

**WELLS FARGO BANK, N.A.**
514 WASHINGTON BLVD
MARINA DEL REY, CA 90292
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF STOP PAYMENT IS PLACED ON THIS
INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING
PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

VOID IF OVER US $  126.90

**NON-NEGOTIABLE**

## Purchaser Copy

FB004      70056230

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C: |
|------|-----------|--------|---------|---------|-----|--------|------------|-----|
| VIEWPOINTE | 20170608 | 63313643 | 10700543 | 4861505360 | 000060 | 126.90 | 8513700430 | |





Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|------|-----------|--------|---------|---------|-----|--------|-----------|-----|
| VIEWPOINTE | 20170509 | 63313643 | 10700543 | 4861505360 | 000039 | 126.90 | 2044655571 | |

Wells Fargo Bank Personal Money Order Credit Copy

Date Issued:      05/09/17
Serial Number:    0063313643
Account:          5003073904
Purchaser:        STEPHEN YAGMAN

$126.90

One hundred twenty-six dollars and 90 cents

CB, AU, Sequence Num: 12 0000633 0074
Date and Time:    05/09/17 02:30 PM

Pay to the Order of:   FIRST HEALTH

Payee Address:           ,

Wells Fargo Bank, N.A.

Electronically generated image

2044655571

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

6/30/2017

*Date: June 12, 2017*              *Wells Fargo PhotoCopy*                    *Page 2 of 2*
                                          *Request*

Reference: 2000993675716:2000993681716:2000993681716





**R/T Number**          10700543          **Processing Date**    20170608
**Sequence Number** 8513700430          **Amount**              126.90
**Account Number**    4861505360          **Check Number**        63313643

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 6

1

\*549909840\*
06/05/2017
000008054356604

This is a LEGAL COPY of your
check. You can use it the same way
you would use the original check.

00000472630Q
00006866
13734

**KAREN D MATTOX**
475 WASHINGTON BLVD.
MARINA DL REY, CA 90292-5267

90-3582/1122

664

PAY TO THE
ORDER OF  First Health Part D                    $ 126.90

One hundred + twenty six dollars 90/100        Dollars

**US bank.**

Memo _____        Karen D Mattox

⑈122235821⑈ 1643011072 50⑈0664

4⑈122235821⑈1643011072 50⑈0664        ⑈000001 2690⑈

923449780



↓ Do not endorse or write below this line.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 7



**First Health Part D**
from Coventry Health Care
An Aetna Company

P.O. Box 14579
Lexington, KY 40512

June 26, 2017

Stephen Yagman
475 Washington Blvd
Venice, CA 90292

**Member ID Number: 90865994401**

Dear Stephen Yagman:

This letter is in response to your grievance (complaint) that you filed with us on June 08, 2017.

Based upon our review, Your monthly premium is $42.30.

All premium payments are due the first of the month and considered late after the tenth of the month. If payment is not received by the tenth, the member is subject to the dunning process, unless they are excluded members.

You were also given a three month grace period to pay your balance to prevent being disenrolled from your Medicare plan. In this grace period we send you out letters to inform you of your past due balance. If payment for the months in demand is not sent in full by the last day of the grace period, as stated in the letters, you will be disenrolled.

On March 15, 2017, we sent you a Dunning Letter stating our records indicated we hadn't received payment as of March 10, 2017. The letter stated if we didn't receive payment by May 31, 2017 you would be disenrolled. The letter informed you that in order to avoid disenrollment, you must pay $126.90 and if we didn't receive payment by May 31, 2017 you would be disenrolled beginning June 1, 2017.

Y0001_3033_7527_NM 06/2016

A check was posted to the account in the amount of $84.60 on March 24, 2017.

On April 13, 2017, we sent you a Premium Reminder Letter stating that your premium was past due.  The letter stated that if you didn't pay by May 31, 2017, we would disenroll you from the plan.  The letter informed you that the amount due to avoid disenrollment was $84.60.

On May 16, 2017, we dent you a Premium Reminder Letter stating that your premium was past due.  The letter stated that if you didn't pay by May 31, 2017, we would disenroll you from the plan.  The letter informed you that the amount due to avoid disenrollment was $42.30 and that the total account balance was $126.90.

We did not receive payment by May 31, 2017 and you were disenrolled from the plan effective May 31, 2017.

A check posted to the account in the amount of $126.90 on June 3, 2017.

A check posted to the account in the amount of $126.90 on June 9, 2017.

There is nothing indicating that you made your payment to the plan by May 31, 2017.

Please accept our apologies about the service you received. Coventry expects that our members are given accurate information in a professional, friendly and timely manner. We appreciate your feedback as we are always looking for ways to improve our plan..

### We're here to help you
If you need more information about our response, call me at: **412-604-2402**. If you have other benefit questions, call Member Services at **1-844-233-1938 (TTY: 711)**. We're open 24 hours a day, 7 days a week.

Thank you for your concern.

Chelsea Jeffers
Complaint Analyst
Medicare Complaint Team

Y0001_3033_7527_NM 06/2016

Aetna Medicare is a PDP, HMO, PPO plan with a Medicare contract. Our SNPs also have contracts with State Medicaid programs. Enrollment in our plans depends on contract renewal. This information is not a complete description of benefits. Contact the plan for more information. Limitations, copayments, and restrictions may apply. Benefits, formulary, pharmacy network, provider network, premium and/or co-payments/co-insurance may change on January 1 of each year. You must continue to pay your Medicare Part B premium. The Part B premium is covered for full-dual members. See Evidence of Coverage for a complete description of plan benefits, exclusions, limitations and conditions of coverage. Plan features and availability may vary by service area.

Out-of-network/non-contracted providers are under no obligation to treat Aetna members, except in emergency situations. For a decision about whether we will cover an out-of-network service, we encourage you or your provider to ask us for a pre-service organization determination before you receive the service. Please call our customer service number or see your Evidence of Coverage for more information, including the cost-sharing that applies to out-of-network services.

Aetna complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex.  ATTENTION: If you speak a language other than English, free language assistance services are available. Visit our website at www.aetnamedicare.com or call the phone number on your member identification card.

ESPAÑOL (SPANISH):

ATENCIÓN: Si usted habla español, se encuentran disponibles servicios gratuitos de asistencia de idiomas. Visite nuestro sitio web en www.aetnamedicare.com o llame al número de teléfono que se indica en su tarjeta de identificacion de afiliado.

繁體中文 (CHINESE):

請注意：如果您說中文，您可以獲得免費的語言協助服務。請造訪我們的網站 www.aetnamedicare.com 或致電您的會員卡上的電話號碼。

©2016 Aetna Inc.

Y0001_3033_7527_NM 06/2016

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 8

1

CH:

| Date Due | Past Due After | Member ID | 908659944 |
|---|---|---|---|
| MAR 1, 2017 | MAR 10, 2017 | Account Number | 11313948 |
| | | Amount Due | $42.30 |

STEPHEN YAGMAN
475 WASHINGTON BLVD
VENICE CA 90292-5287

**Amount**
**Enclosed** $ 

**Make check payable to:**
First Health Part D
P.O. Box 6555
Carol Stream IL 60197-6555

**Questions?** Call Member
Services 1-888-736-0487

006555 0011313948 9 03102017 004230 0

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 9

1

FIRST HEALTH PART D
2222 EWING RD
MOON TOWNSHIP PA 15108-3298

 **First Health Part D**
*from Coventry Health Care*
*An Aetna Company*


5079257-551-1  1  2  ************AUTO**MIXED AADC 270

 STEPHEN YAGMAN
475 WASHINGTON BLVD
VENICE CA 90292-5287



06/01/2017
Member ID:  908659944

# Your prescription drug coverage is ending

On 5/15/2017, we let you know we didn't get your plan premium. The letter said you need to pay $42.30 by 05/31/2017 to keep your coverage.

Since we didn't get your payment by that date, we asked Medicare to disenroll you. Beginning 06/01/2017, you won't have prescription drug coverage.

Although your coverage is ending, you still owe $126.90 for your plan premiums. This is for the time you were a member in our plan. You can send your payment to the address below. If you'd like to set up a payment plan, just call us.

First Health Part D
P.O. BOX 6555
Carol Stream IL 60197-6555

### You have other options to pay the past due amount

- **Call us.**  You can make a payment over the phone. Simply call us at 1-866-315-8603.
- **Pay online.**  Visit www.coventry-medicare.com/en/for-members/pay-medicare-premium.html.

**This letter only applies to your prescription drug benefits. Your other Medicare plans and benefits aren't affected by your loss of coverage from us.**

### When you can get prescription drug coverage
Generally, you can only enroll or change your prescription drug coverage during Medicare's Annual Enrollment Period (October 15 – December 7). Outside of this time, you usually can't make changes or enroll in a plan unless you qualify for a Special Enrollment Period. For example, if you move out of First Health Part D's service area, want

**You're losing your prescription drug coverage**

FIRST HEALTH PART D
2222 EWING RD
MOON TOWNSHIP PA 15108-3298


**First Health Part D**
*from Coventry Health Care*
**An Aetna Company**


5098520-536-1  1  2  ************AUTO**MIXED AADC 270

STEPHEN YAGMAN
475 WASHINGTON BLVD
VENICE CA 90292-5287



06/08/2017
Member ID:  908659944

# Your prescription drug coverage has ended

We previously let you know your coverage with us will end on 05/31/2017. This is because you didn't pay your plan premium. Medicare approved our request to disenroll you from First Health Part D. Beginning 06/01/2017, we won't cover your prescription drugs.

Although your coverage has ended, you still owe $126.90 for your plan premiums. This is for the time you were a member in our plan. You can send your payment to the address below. If you'd like to set up a payment plan, just call us.

> First Health Part D
> P.O. BOX 6555
> Carol Stream, IL 60197-6555

## You have other options to pay the past due amount

- **Call us.** You can make a payment over the phone. Simply call us at 866-315-8603.
- **Pay online.** Visit www.coventry-medicare.com/en/for-members/pay-medicare-premium.html.

**This letter only applies to your First Health Part D benefits. Your other Medicare plans and benefits aren't affected by your loss of coverage from us.**

## When you can get prescription drug coverage

Generally, you can only enroll or change your prescription drug coverage during Medicare's Annual Enrollment Period (October 15 – December 7). Outside of this time, you usually can't make changes or enroll in a plan unless you qualify for a Special Enrollment Period. For example, if you move out of First Health Part D's service area, want to join a plan in your area with a 5-star rating, or qualify for Extra Help with your prescription drug costs.

**You no longer have prescription drug coverage**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 11

1

First Health Part D
2222 EWING RD
MOON TOWNSHIP PA 15108-3298



6/9/2017

5104135 1410CVUD   16 1 1 1







STEPHEN YAGMAN
475 WASHINGTON BLVD
VENICE CA 90292-5287

Member ID: 908659944

### Re:  Notice on Unfavorable Good Cause Determination for Disenrollment Due to Nonpayment of Plan Premiums

Dear MR. YAGMAN:

We reviewed your request to get your coverage back, and your request has been denied. This is because your request doesn't meet the criteria for reinstatement. This means you'll remain disenrolled from your plan.  This decision is final, and can't be appealed.

You are still responsible for paying the plan premiums you owed at the time you were disenrolled.

### When can I get Part D coverage?
Medicare limits when you can make changes to your coverage. **From October 15 through December 7 each year**, you can enroll in a new Medicare Prescription Drug Plan or Medicare health plan for the following year. You may not enroll in a new plan during other times of the year unless you meet certain special exceptions, such as you move out of First Health Part D's service area, want to join a plan in your area with a 5-star rating, or you qualify for extra help with your prescription drug costs.

Please remember, if you don't have other creditable coverage (prescription drug coverage that is expected to pay on average as much as Medicare), you may have to pay a Part D late enrollment penalty if you enroll in Medicare prescription drug coverage in the future.

### Can I get help paying my premiums and other out-of-pocket costs?
People with limited incomes may qualify for extra help to pay for their prescription drug costs. If you qualify, Medicare could pay for 75% or more of your drug costs including monthly prescription drug premiums, annual deductibles, and co-insurance. Additionally, those who qualify won't have a coverage gap or a Part D late enrollment penalty. Many people qualify for these savings and don't even know it. For more information about this extra help, contact your local Social Security office, or call Social Security at

Y0001_2076_6421 Accepted 10/2015

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 12

1

could have more side effects. This drug may          harm to the unborn
baby if you take it while you are pregnant. If you are pregnant or
you get pregnant while taking this drug, call your doctor right away.

**POSSIBLE SIDE EFFECTS:  WHAT ARE SOME SIDE EFFECTS THAT**

---

**STEPHEN YAGMAN**

RX # 0896521-07070          DATE: 06/16/17

**INVOKANA 100MG TABLETS**
QTY: 30      PARTIAL REFILL BEFORE 03/23'18
Copy          NDC:50458-0140-30
Retail Price: $523.99    Your Insurance Saved You: $60.04          $ 463.95

MFG:JANSSEN                 PLAN: NMHC
JJK/YAR/YAR/JJK/JJK         GROUP# GRXP351
                            CLAIM REF# 171674162430023995

4009 LINCOLN BLVD MARINA DEL REY, CA 90292   Customer
PH:(310)823-7152                             Receipt

---

**STEPHEN YAGMAN**

RX # 0896521-07070          DATE: 06/16/17

**INVOKANA 100MG TABLETS**
QTY: 30      PARTIAL REFILL BEFORE 03/23'18
Copy          NDC:50458-0140-30
Retail Price: $523.99    Your Insurance Saved You: $60.04          $ 463.95

MFG:JANSSEN                 PLAN: NMHC
JJK/YAR/YAR/JJK/JJK         GROUP# GRXP351
                            CLAIM REF# 171674162430023995

4009 LINCOLN BLVD MARINA DEL REY, CA 90292   Duplicate
PH:(310)823-7152                             Receipt

---

**Pharmacy use only**

FRI      11:02AM      INVOKANA 100MG TABLETS     QTY 30
Copy                 50458-0140-30
                     ALPHA                      SNAP

YELLOW
FRONT: CFZ / 100

JJK/YAR/YAR/JJK/JJK

Med Guide

---

(tongue), change in how much urine is passed; blood in the urine; or
urine, change in how much urine is passed; blood in the urine; or
deep weight gain. Signs of a high potassium level like a heartbeat
that does not feel normal; change in thinking clearly and with logic;
feeling weak, lightheaded, or dizzy; feel like passing out; numbness

---



**STEPHEN YAGMAN**

RX # 0899051-07070          DATE: 06/27/17

**IRBESARTAN 300MG TABLETS**
QTY: 30      PARTIAL REFILL BEFORE 03/23'18
Copy          NDC:59746-0449-90
Retail Price: $113.99    Your Insurance Saved You: $11.61          $ 102.38

MFG:CADISTA                 PLAN: UNARX
JJK/JJK/JJK/ /JJK           GROUP# UNA4105
                            CLAIM REF# 17178419450301799B

4009 LINCOLN BLVD MARINA DEL REY, CA 90292   Customer
PH:(310)823-7152                             Receipt

---

**STEPHEN YAGMAN**

RX # 0899051-07070          DATE: 06/27/17

**IRBESARTAN 300MG TABLETS**
QTY: 30      PARTIAL REFILL BEFORE 03/23'18
Copy          NDC:59746-0449-90
Retail Price: $113.99    Your Insurance Saved You: $11.61          $ 102.38

MFG:CADISTA                 PLAN: UNARX
JJK/JJK/JJK/ /JJK           GROUP# UNA4105
                            CLAIM REF# 17178419450301799B

4009 LINCOLN BLVD MARINA DEL REY, CA 90292   Duplicate
PH:(310)823-7152                             Receipt

---

**Pharmacy use only**

TUE      11:06AM      IRBESARTAN 300MG TABLETS   QTY 30
Copy                 59746-0449-90               10 DRAM
                     ALPHA                       SNAP

WHITE
FRONT: C
BACK:  449

JJK/JJK/JJK/ /JJK

---

effects. Tell your doctor if you are pregnant or plan on getting
pregnant. You will need to talk about the benefits and risks of using
this drug while you are pregnant. Tell your doctor if you are
breast-feeding. You will need to talk about any risks to your baby.

**POSSIBLE SIDE EFFECTS:  WHAT ARE SOME SIDE EFFECTS THAT
I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY?**
**WARNING/CAUTION:** Even though it may be rare, some people may
have very bad and sometimes deadly side effects when taking a drug.
Tell your doctor or get medical help right away if you have any of
the following signs or symptoms that may be related to a very bad
side effect: Signs of an allergic reaction, like rash; hives;
itching; red, swollen, blistered, or peeling skin with or without
fever; wheezing; tightness in the chest or throat; trouble breathing

---

**STEPHEN YAGMAN**

RX # 0899052-07070          DATE: 06/27/17

**METFORMIN 500MG TABLETS**
QTY: 60      PARTIAL REFILL BEFORE 03/23'18
Copy          NDC:23155-0102-05
                                                $ 23.99

---

**STEPHEN YAGMAN**

RX # 0899052-07070          DATE: 06/27/17

**METFORMIN 500MG TABLETS**
QTY: 60      PARTIAL REFILL BEFORE 03/23'18
Copy          NDC:23155-0102-05
                                                $ 23.99

side effect: Signs of an allergic reaction, like ~         ves;
itching; red, swollen, blistered, or peeling skin       or without
fever; wheezing; tightness in the chest or throat, trouble breathing
or talking; unusual hoarseness; or swelling of the mouth, face, lips,
tongue, or throat. A heartbeat that does not feel normal. Not able to
pass urine or change in how much urine is passed. This drug may cause
muscle pain, tenderness, or weakness. Sometimes, a very bad muscle

---

**STEPHEN YAGMAN**

**RX # 0903903-07070**          DATE: 07/17/17

**SIMVASTATIN 20MG TABLETS**
QTY:30    4 + REFILLS BEFORE 12/09/17
Copy      NDC: 68180-0479-03

                                        $ 31.99

MFG:LUPIN
JVS/ATL/ATL/MDS/MDS

4009 LINCOLN BLVD MARINA DEL REY  CA  90292
PH:(310)823-7152                    Customer
                                    Receipt

**Pharmacy use only**

MON    12:03PM        SIMVASTATIN 20MG TABLETS
Copy                  68180-**0479**-03
                      FAST RACK

**QTY 30**
10 DRAM
SNAP

**STEPHEN YAGMAN**

**RX # 0903903-07070**          DATE: 07/17/17

**SIMVASTATIN 20MG TABLETS**
QTY:30    4 + REFILLS BEFORE 12/09/17
Copy      NDC: 68180-0479-03

                                        $ 31.99

MFG:LUPIN
JVS/ATL/ATL/MDS/MDS

4009 LINCOLN BLVD MARINA DEL REY  CA  90292
PH:(310)823-7152                    Duplicate
                                    Receipt

TAN
FRONT: LL
BACK:  C03

JVS/ATL/ATL/MDS/MDS

---

be treated in the hospital. Dialysis may also be needed. Tell
your doctor. If you are 65 or older, use this drug with care. You
could have more side effects. This drug may cause harm to the unborn
baby if you take it while you are pregnant. If you are pregnant or
you get pregnant while taking this drug, call your doctor right away.

**POSSIBLE SIDE EFFECTS:  WHAT ARE SOME SIDE EFFECTS THAT**

---

**STEPHEN YAGMAN**

**RX # 0896521-07070**          DATE: 07/17/17

**INVOKANA 100MG TABLETS**
QTY:30    PARTIAL REFILL BEFORE 03/23/18
Refill    NDC: 50458-0140-30
Retail Price: $523.99   Your Insurance Saved You: $60.04

                                        $ 463.95

                                        PLAN: NMHC
MFG:JANSSEN                              GROUP# GRXP351
JVS/MDS/MDS/MDS/MDS                      CLAIM REF# 171984523017046999

4009 LINCOLN BLVD MARINA DEL REY  CA  90292
PH:(310)823-7152                    Customer
                                    Receipt

**Pharmacy use only**

MON    12:03PM        INVOKANA 100MG TABLETS
Refill                50458-**0140**-30
                      ALPHA

**QTY 30**

SNAP



YELLOW
FRONT: CFZ / 100

JVS/MDS/MDS/MDS/MDS          Med Guide

**STEPHEN YAGMAN**

**RX # 0896521-07070**          DATE: 07/17/17

**INVOKANA 100MG TABLETS**
QTY:30    PARTIAL REFILL BEFORE 03/23/18
Refill    NDC: 50458-0140-30
Retail Price: $523.99   Your Insurance Saved You: $60.04

                                        $ 463.95

                                        PLAN: NMHC
MFG:JANSSEN                              GROUP# GRXP351
JVS/MDS/MDS/MDS/MDS                      CLAIM REF# 171984523017046999

4009 LINCOLN BLVD MARINA DEL REY  CA  90292
PH:(310)823-7152                    Duplicate
                                    Receipt

---

You may need to have your blood work checked more closely
while taking this drug with your other drugs. Liver problems
have happened with this drug. Sometimes, liver problems have
needed to be treated in the hospital. Talk with the doctor.

---

**STEPHEN YAGMAN**

**RX # 0875164-07070**          DATE: 07/17/17

**AMLODIPINE BESYLATE 5MG TABLETS**
QTY:30    PARTIAL REFILL BEFORE 03/23/18
Refill    NDC:68180-0751-03
Retail Price: $42.99   Your Insurance Saved You: $20.65

                                        $ 22.34

                      PLAN: UNARX
MFG:LUPIN             GROUP# UNA4105
JVS/MDS/MDS/MDS       CLAIM REF# 171984529755018999

**STEPHEN YAGMAN**

**RX # 0875164-07070**          DATE: 07/17/17

**AMLODIPINE BESYLATE 5MG TABLETS**
QTY:30    PARTIAL REFILL BEFORE 03/23/18
Refill    NDC:68180-0751-03
Retail Price: $42.99   Your Insurance Saved You: $20.65

                                        $ 22.34

                      PLAN: UNARX
MFG:LUPIN             GROUP# UNA4105
JVS/MDS/MDS/MDS       CLAIM REF# 171984529755018999



I NEED TO CALL MY DOCTOR ABOUT RIGHT
WARNING/CAUTION: Even though it may be re    some people may
have very bad and sometimes deadly side effects when taking a drug.
Tell your doctor or get medical help right away if you have any of
the following signs or symptoms that may be related to a very bad
side effect: Signs of an allergic reaction, like rash; hives;
itching; red, swollen, blistered, or peeling skin with or without
fever; wheezing; tightness in the chest or throat; trouble breathing

---

**STEPHEN YAGMAN**
RX # 0903963-07070          DATE: 07/17/17

**METFORMIN 500MG TABLETS**
QTY:120     PARTIAL REFILL BEFORE 03/23/18
Copy        NDC: 00378-7185-05
                                        $ 41.99

MFG:MYLAN
ASG/ASG/ASG/AARON

4009 LINCOLN BLVD MARINA DEL REY, CA 90292
PH: (310)823-7152          Customer Receipt

**Pharmacy use only**

MON   12:03PM     METFORMIN 500MG TABLETS      QTY 120
Copy              00378-**7185**-05             20 DRAM
                  FAST RACK                     SNAP

**STEPHEN YAGMAN**
RX # 0903963-07070          DATE: 07/17/17

**METFORMIN 500MG TABLETS**
QTY:120     PARTIAL REFILL BEFORE 03/23/18
Copy        NDC: 00378-7185-05
                                        $ 41.99

MFG:MYLAN
ASG/ASG/ASG/AARON

4009 LINCOLN BLVD MARINA DEL REY, CA 90292
PH: (310)823-7152          Duplicate Receipt

WHITE
NT: G
MF 1

WARNING/CAUTION: Even though it may be related to a very bad
have very bad and sometimes deadly side effects when taking a drug.
Tell your doctor or get medical help right away if you have any of
the following signs or symptoms that may be related to a very bad
side effect: Signs of an allergic reaction, like rash; hives;
itching; red, swollen, blistered, or peeling skin with or without
fever; wheezing; tightness in the chest or throat; trouble breathing
or talking; unusual hoarseness; or swelling of the mouth, face, lips,
tongue, or throat. Signs of kidney problems like unable to pass
urine, change in how much urine is passed, blood in the urine, or a
big weight gain. Signs of a high potassium level like a heartbeat
that does not feel normal; change in thinking clearly and with logic;
feeling weak, lightheaded, or dizzy; feel like passing out; numbness

---

**STEPHEN YAGMAN**
RX # 0899051-07070          DATE: 07/17/17

**IRBESARTAN 300MG TABLETS**
QTY:30      PARTIAL REFILL BEFORE 03/23/18
Refill      NDC: 59746-0449-90
Retail Price: $113.99   Your Insurance Saved You: $11.61   $ 102.38

MFG:CADISTA         PLAN: UNARX
JVS/MDS/MDS/ /MDS   GROUP# UNA4105
                    CLAIM REF# 171984523230022999

4009 LINCOLN BLVD MARINA DEL REY, CA 90292
PH: (310)823-7152          Customer Receipt

**Pharmacy use only**

MON   12:03PM     IRBESARTAN 300MG TABLETS     QTY 30
Refill            59746-**0449**-90            10 DRAM
                  ALPHA                        SNAP

**STEPHEN YAGMAN**
RX # 0899051-07070          DATE: 07/17/17

**IRBESARTAN 300MG TABLETS**
QTY:30      PARTIAL REFILL BEFORE 03/23/18
Refill      NDC: 59746-0449-90
Retail Price: $113.99   Your Insurance Saved You: $11.61   $ 102.38

MFG:CADISTA         PLAN: UNARX
JVS/MDS/MDS/ /MDS   GROUP# UNA4105
                    CLAIM REF# 171984523230022999

4009 LINCOLN BLVD MARINA DEL REY, CA 90292
PH: (310)823-7152          Duplicate Receipt

WHITE
FRONT: C
BACK: 449

JVS/MDS/MDS/ /MDS

---

**STEPHEN YAGMAN**
RX # 0911829-07070          DATE: 08/17/17

**METOPROLOL ER SUCCINATE 50MG TABS**
QTY:30     3+ REFILLS BEFORE 08/16/18
New        NDC: 49884-0826-01
Retail Price: $40.99   Your Insurance Saved You: $ 7.49   $ 33.50

MFG:PAR
ABF/ASG/ASG/AARON   PLAN: UNARX
                    GROUP# UNA4105
                    CLAIM REF# 17229524477005998



4009 LINCOLN BLVD MARINA DEL REY, CA 90292
PH: (310)823-7152          Customer Receipt

**STEPHEN YAGMAN**
RX # 0911829-07070          DATE: 08 17 17

**METOPROLOL ER SUCCINATE 50MG TABS**
QTY:30     3+ REFILLS BEFORE 08/16/18
New        NDC: 49884-0826-01
Retail Price: $40.99   Your Insurance Saved You: $ 7.49   $ 33.50

MFG:PAR
ABF/ASG/ASG/AARON   PLAN: UNARX
                    GROUP# UNA4105
                    CLAIM REF# 172295244770005996

4009 LINCOLN BLVD MARINA DEL REY, CA 90292
PH: (310)823-7152          Duplicate Receipt

