RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
TIMOTHY W. LOOSE (SBN 241037)
tloose@gibsondunn.com
MICHAEL J. HOLECEK (SBN 281034)
mholecek@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Aetna Life Insurance Company, Aetna Inc., Coventry Health Care, Inc., First Health Life & Health Insurance Company, Mark T. Bertolini, Karen S. Lynch, Natassia Kelly, Billie Jo Glabicki, Chelsea Jeffers, and Allen Wise

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN YAGMAN,<br><br>Plaintiff,<br><br>v.<br><br>NATASSIA KELLY, BILLA JOE GOLDICKY, CHELSEA JEFFERS, MARK T. BERTOLINI, KAREN S. LYNCH (ROHAN), ALLEN WISE, FIRST HEALTH LIFE & HEALTH INSURANCE COMPANY, AETNA, INC., AETNA LIFE INSURANCE COMPANY, COVENTRY HEALTH CARE, INC., and TEN DEFENDANTS, 1-10,<br><br>Defendants. | Case No. 2:17-cv-6022 MWF (PJWx)<br><br>The Hon. Michael W. Fitzgerald<br><br>**PROOF OF SERVICE**<br><br>Date:     November 20, 2017<br>Time:    10:00 a.m.<br>Place:    Courtroom 5A<br><br>Complaint Filed: August 14, 2017 |

# PROOF OF SERVICE

I, Rachel Trinidad, declare as follows:

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, CA 90071-3197, in said County and State. On October 16, 2017, I served the following document(s):

1. **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR: 1) LACK OF PERSONAL JURISDICTION; 2) INSUFFICIENT SERVICE OF PROCESS; (3) FAILURE TO STATE A CLAIM; AND ALTERNATIVELY, MOTION TO STRIKE**

2. **DECLARATION OF EDWARD LEE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR: 1) LACK OF PERSONAL JURISDICTION; 2) INSUFFICIENT SERVICE OF PROCESS; (3) FAILURE TO STATE A CLAIM; AND ALTERNATIVELY, MOTION TO STRIKE**

3. **DECLARATION OF ALLEN WISE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR: 1) LACK OF PERSONAL JURISDICTION; 2) INSUFFICIENT SERVICE OF PROCESS; (3) FAILURE TO STATE A CLAIM; AND ALTERNATIVELY, MOTION TO STRIKE**

4. **[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR: 1) LACK OF PERSONAL JURISDICTION; 2) INSUFFICIENT SERVICE OF PROCESS; (3) FAILURE TO STATE A CLAIM; AND ALTERNATIVELY, MOTION TO STRIKE**

on the parties as stated below, by the following means of service:

Stephen Yagman
475 Washington Boulevard
Venice Beach, CA 90292

☒ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

☒ I am employed in the office of Michael J. Holecek, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

| | | |
|---|---|---|
| ☐ **(STATE)** | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. | |
| ☒ **(FEDERAL)** | I declare under penalty of perjury that the foregoing is true and correct. | |

Executed on October 16, 2017

*Rachel Trinidad*
Rachel Trinidad