STEPHEN YAGMAN
475 Washington Boulevard
Venice Beach, California 90292-5287
(310) 452-3200

For Plaintiff Stephen Yagman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| STEPHEN YAGMAN, | 2:17-cv-06022-MWF(PJWx) |
|---|---|
| Plaintiff, | NOTICE OF WITHDRAWAL OF MOTION TO STRIKE |
| v. | November 27, 2017 |
| NATASSIA KELLY, *et al.*, | 10:00 a.m. |
| Defendants. | Courtroom 5A |
| | Judge Michael W. Fitzgerald |

**PLEASE TAKE NOTICE** that plaintiff's motion to strike is withdrawn.

_____
STEPHEN YAGMAN

//

1

## DECLARATION OF SERVICE

On the date set forth on the signature line below, I served the preceding paper, notice of withdrawal of motion to strike, on all interested parties whose names and whose addresses are listed below the signature line, by placing true copies thereof enclosed in sealed envelopes with full postage thereon fully prepaid in the United States mail at Los Angeles, California, and I declare the foregoing to be true under the penalty of perjury at Los Angeles, California on the date stamped on the signature line, below.

_[signed] Stephen Yagman_    11/10/17
SIGNATURE                     DATE

**SERVICE LIST**

Richard Doren, Esq.
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071

2

**STEPHEN YAGMAN**
475 WASHINGTON BOULEVARD
VENICE BEACH, CALIFORNIA 90292-5287

MWF

Clerk, USDistCt
312 N. Spring St.
L.A., CA 90012-4793



