1  RICHARD J. DOREN (SBN 124666)
   rdoren@gibsondunn.com
2  TIMOTHY W. LOOSE (SBN 241037)
   tloose@gibsondunn.com
3  MICHAEL J. HOLECEK (SBN 281034)
   mholecek@gibsondunn.com
4  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
5  Los Angeles, California  90071-3197
   Telephone:  (213) 229-7000
6  Facsimile:   (213) 229-7520

7  Attorneys for Aetna Life Insurance Company,
   Aetna Inc., Coventry Health Care, Inc., First
8  Health Life & Health Insurance Company, Mark
   T. Bertolini, Karen S. Lynch, Natassia Kelly, Billie
9  Jo Glabicki, and Chelsea Jeffers

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN YAGMAN,<br><br>Plaintiff,<br><br>v.<br><br>NATASSIA KELLY, BILLY JOE GLABICKI, CHELSEA JEFFERS, MARK T. BERTOLINI, KAREN S. LYNCH (ROHAN), FIRST HEALTH LIFE & HEALTH INSURANCE COMPANY, AETNA, INC., AETNA LIFE INSURANCE COMPANY, COVENTRY HEALTH CARE, INC., and TEN DEFENDANTS, 1-10,<br><br>Defendants. | Case No. 2:17-cv-6022 MWF (PJWx)<br><br>The Hon. Michael W. Fitzgerald<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: August 14, 2017 |

Gibson, Dunn &
Crutcher LLP

PROOF OF SERVICE

2:17-cv-6022

# PROOF OF SERVICE

I, Rachel Trinidad, declare as follows:

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, CA 90071-3197, in said County and State. On November 27, 2017, I served the following document(s):

1. **EXHIBIT A IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

on the parties as stated below, by the following means of service:

Stephen Yagman
475 Washington Boulevard
Venice Beach, CA 90292

☒ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

☒ I am employed in the office of Michael J. Holecek, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

☐ **(STATE)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 27, 2017

*Rachel Trinidad*
Rachel Trinidad

Gibson, Dunn & Crutcher LLP

PROOF OF SERVICE

1

2:17-cv-6022